1

2

3

4                   IN THE UNITED STATES DISTRICT COURT

5                 FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7    PRITPAL SINGH MANN,                    )
                                            )     2:13-cv-00703-GEB-EFB
8                    Plaintiff,             )
                                            )
9           v.                              )     STATUS (PRETRIAL SCHEDULING)
                                            )     ORDER
10   GERARD HEINAUER, DIRECTOR, USCIS       )
     NEBRASKA SERVICE CENTER;               )
11   ALEJANDRO MAYORKAS, DIRECTOR,          )
     USCIS; U.S. CITIZENSHIP AND            )
12   IMMIGRATION SERVICES; JANET            )
     NAPOLITANO, SECRETARY, U.S.            )
13   DEPARTMENT OF HOMELAND SECURITY;       )
     ERIC H. HOLDER, JR., U.S.              )
14   ATTORNEY GENERAL,                      )
                                            )
15                   Defendants.            )
     _____       )

16

17          The status (pretrial scheduling) conference scheduled for

18   hearing on July 8, 2013, is vacated since the parties' Joint Status

19   Report filed on June 24, 2013 ("JSR") indicates the following Order

20   should issue.

21          SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

22          No further service, joinder of parties or amendments to

23   pleadings is permitted, except with leave of Court for good cause shown.

24                              DISCOVERY

25          The parties agree in the JSR that "[t]his action is governed

26   by the APA and therefore discovery is limited to the administrative

27   record." (JSR 2:12-13, ECF No. 9.)

28

                                     1

1    Further, Defendants state in the JSR that they "will provide

2  to the Plaintiff and file with the Court a certified copy of the

3  administrative record as maintained by United States Citizenship and

4  Immigration Services by July 1, 2013." (Id. at 2:16-18.)

5    Defendants shall lodge, rather than file, a courtesy copy of

6  the administrative record in compliance with Local Rule 138(b).

7                CROSS-MOTIONS FOR SUMMARY JUDGMENT

8    The parties indicate that "this case will be appropriate for

9  resolution by cross-motions for summary judgment" and propose a briefing

10 schedule for the cross-motions. (Id. at 2:20-26.) The parties' proposed

11 briefing schedule is adopted as follows:

12    Plaintiff's summary judgment motion shall be filed on or

13 before September 30, 2013;

14    Defendants' opposition and cross-motion for summary judgment

15 shall be filed on or before October 28, 2013;

16    Plaintiff's opposition to Defendants' cross-motion and reply

17 in support of his summary judgment motion shall be filed on or before

18 November 4, 2013;

19    Defendants' reply in support of its cross-motion for summary

20 judgment shall be filed on or before November 12, 2013;

21    The hearing on the cross-motions shall be noticed for December

22 2, 2013, at 9:00 a.m.

23                FURTHER STATUS CONFERENCE

24    In the event the referenced cross-motions do not dispose of

25 the case in its entirety, a further status conference is scheduled to

26 commence at 9:00 a.m. on February 24, 2014.  A joint status report shall

27 be filed fourteen (14) days before the status conference, in which the

28

1 | parties shall address all pertinent subjects set forth in Local Rule

2 | 240(a).

3 |        IT IS SO ORDERED.

4 | Dated:  July 5, 2013

6 | _____
GARLAND E. BURRELL, JR.

7 | Senior United States District Judge