IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRITPAL SINGH MANN,** )<br>  )<br> **Plaintiff,** )<br> v. )<br>  )<br> **GERARD HEINAUER, DIRECTOR,** )<br> **USCIS NEBRASKA SERVICE** )<br> **CENTER,** *et al.*, )<br>  )<br> **Defendants.** ) | No. 2:13-cv-00703-GEB-EFB |

### ORDER

Pursuant to the parties' Joint Motion to Modify Status (Pretrial Scheduling) Order, and for the reasons stated in the Motion, IT IS HEREBY ORDERED that the Motion is granted, and the Status (Pretrial Scheduling) Order is modified as follows:

### RE-ADJUDICATION

Defendants shall issue a new decision on Plaintiff's adjustment of status application on or before October 21, 2013.

### DISCOVERY

Defendants shall lodge with the Court the certified administrative record and provide a copy to Plaintiff on or before November 12, 2013.

### CROSS-MOTIONS FOR SUMMARY JUDGMENT

Plaintiff's summary judgment motion shall be filed on or before December 10, 2013;

Defendants' opposition and cross-motion for summary judgment shall be filed on or before January 7, 2014;

Plaintiff's opposition to Defendants' cross-motion and reply in support of his summary judgment motion shall be filed on or before January 14, 2014;

Defendants' reply in support of its cross-motion for summary judgment shall be filed on or before January 21, 2014;

The hearing on the cross-motions shall be noticed for February 24, 2014, at 9:00 a.m.

## FURTHER STATUS CONFERENCE

In the event the referenced cross-motions do not dispose of the case in its entirety, a further status (pretrial scheduling) conference is scheduled to commence at 9:00 a.m. on April 28, 2014.  The status conference scheduled for hearing on February 24, 2014, is vacated.  A joint status report shall be filed fourteen (14) days before the status conference, in which the parties shall address all pertinent subjects set forth in Local Rule 240(a).

IT IS SO ORDERED.

Dated:  September 19, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge