IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **PRITPAL SINGH MANN,** | ) | No. 2:13-cv-00703-GEB-EFB |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | |
| **GERARD HEINAUER, DIRECTOR,** | ) | |
| **USCIS NEBRASKA SERVICE** | ) | |
| **CENTER,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Pursuant to the parties' Second Joint Motion to Modify Status (Pretrial Scheduling) Order, and for the reasons stated in the Motion, IT IS HEREBY ORDERED that the Motion is granted, and the Status (Pretrial Scheduling) Order is modified as follows:

CROSS-MOTIONS FOR SUMMARY JUDGMENT

Defendants' opposition and cross-motion for summary judgment shall be filed on or before January 21, 2014;

Plaintiff's opposition to Defendants' cross-motion and reply in support of his summary judgment motion shall be filed on or before February 4, 2014;

Defendants' reply in support of its cross-motion for summary judgment shall be filed on or before February 18, 2014;

The hearing on the cross-motions shall be noticed for March 10, 2014 at 9:00 a.m.

FURTHER STATUS CONFERENCE

In the event the referenced cross-motions do not dispose of the case in its entirety,

a further status (pretrial scheduling) conference is scheduled to commence on June 9, 2014 at 9:00 a.m. The status conference scheduled for hearing on April 28, 2014, is vacated. A joint status report shall be filed fourteen (14) days before the status conference, in which the parties shall address all pertinent subjects set forth in Local Rule 240(a).

    IT IS SO ORDERED.

Dated: January 9, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge