Robert B. Jobe (Cal. State Bar #133089)
Sarah B. Castello (Cal. State Bar #244735)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 684-7293 (phone)
(415) 684-7293 (fax)
federal@jobelaw.com

Attorneys for Plaintiff.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRITPAL SINGH MANN,<br><br>    Plaintiff,<br><br>V.<br><br>GERARD HEINAUER, *et al.*,<br><br>    Defendants. | No. 2:13-cv-00703-GEB-EFB<br><br>JOINT STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME<br><br>Honorable Judge Garland E. Burrell, Jr.<br><br>Date:     March 10, 2014<br>Time:    9:00 a.m.<br>Courtroom: 10, Floor 13 |

The parties hereby stipulate to extend the briefing schedule in this case by one week. On December 10, 2013, Plaintiff filed a Motion for Summary Judgment. On January 21, 2014, Defendants filed a Cross Motion for Summary Judgment and Opposition. The parties stipulate to extend the remaining briefing schedule as follows:

Plaintiff's Opposition/Reply will be due on February 11, 2014.

Defendants' Reply will be due on February 25, 2014.

//

//

//

| | | |
|---|---|---|
| 1 | Dated: February 7, 2014 | Respectfully submitted, |
| 2 | | LAW OFFICE OF ROBERT B. JOBE |
| 3 | | */s/ Robert B. Jobe*<br>Robert B. Jobe<br>Sarah B. Castello<br>Law Office of Robert B. Jobe |
| 5 | | Attorneys for Plaintiff |
| 6 | | BENJAMIN B. WAGNER<br>United States Attorney |
| 8 | | AUDREY B. HEMESATH<br>Assistant U.S. Attorney |
| 9 | | STUART F. DELERY<br>Assistant Attorney General |
| 11 | | COLIN A. KISOR,<br>Acting Director, District Court Section,<br>Office of Immigration Litigation |
| 13 | | */s/ Patricia E. Bruckner*<br>PATRICIA E. BRUCKNER<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 532-4325<br>(202) 305-7000 (fax)<br>patricia.bruckner@usdoj.gov |

**ORDER**

    Pursuant to stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that Plaintiff's Opposition to Defendants' Cross-Motion for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment are due by February 11, 2014, and Defendants' Reply in Support of Defendants' Cross-Motion for Summary Judgment is due by February 25, 2014.

Dated: February 7, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28