Robert B. Jobe (Cal. State Bar #133089)
Sarah B. Castello (Cal. State Bar #244735)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 684-7293 (phone)
(415) 684-7293 (fax)
federal@jobelaw.com

Attorneys for Plaintiff.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRITPAL SINGH MANN,<br><br>    Plaintiff,<br><br>V.<br><br>GERARD HEINAUER, *et al.*,<br><br>    Defendants. | No. 2:13-cv-00703-GEB-EFB<br><br>JOINT STIPULATION AND PROPOSED ORDER RE: RESCHEDULE MOTIONS HEARING<br><br>Honorable Judge Garland E. Burrell, Jr.<br><br>Date:        March 10, 2014<br>Time:       9:00 a.m.<br>Courtroom: 10, Floor 13 |

The parties hereby stipulate to reschedule the motions hearing now set for March 10, 2014 to March 17, 2014 or to a later date convenient to the Court. Counsel for Plaintiff has developed a scheduling conflict for March 10, 2014, and must travel out-of-state on another matter that cannot be postponed. Counsel for Defendants requests that the hearing not be scheduled during the first week of April 2014 due to a scheduling conflict.

Dated: February 20, 2014                              Respectfully submitted,

                                                                    LAW OFFICE OF ROBERT B. JOBE

                                                                    */s/ Robert B. Jobe*
                                                                    Robert B. Jobe

Sarah B. Castello
Law Office of Robert B. Jobe

Attorneys for Plaintiff


BENJAMIN B. WAGNER
United States Attorney

AUDREY B. HEMESATH
Assistant U.S. Attorney

STUART F. DELERY
Assistant Attorney General

COLIN A. KISOR,
Acting Director, District Court Section,
Office of Immigration Litigation

*/s/ Patricia E. Bruckner*
PATRICIA E. BRUCKNER
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4325
(202) 305-7000 (fax)
patricia.bruckner@usdoj.gov

**[PROPOSED] ORDER**

Pursuant to stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the Motions hearing currently scheduled for March 10, 2014 is rescheduled to March 24, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  February 25, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge