BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
(916) 554-2729
STUART F. DELERY
Assistant Attorney General
COLIN A. KISOR
Acting Director
Office of Immigration Litigation
District Court Section
KIMBERLY E. HELVEY
Senior Litigation Counsel
PATRICIA E. BRUCKNER
Trial Attorney
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044-0868
(202) 532-4325
(202) 305-7000 (fax)
patricia.bruckner@usdoj.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRITPAL SINGH MANN,** | No. 2:13-cv-00703-GEB-EFB |
| Plaintiff, | **JOINT STIPULATION RE: EXTENSION OF TIME** |
| v. | Hon. Garland E. Burrell, Jr. |
| **GERARD HEINAUER, DIRECTOR, USCIS NEBRASKA SERVICE CENTER,** *et al.*, | Date:      March 24, 2014<br>Time:      9:00 a.m.<br>Courtroom:  10, Floor 13 |
| Defendants. | |

    The parties stipulate to extend Defendants' deadline to file a reply in support of Defendants' cross-motion for summary judgment by one week. On December 10, 2013, Plaintiff filed a Motion for Summary Judgment. (ECF No. 16.) On January 21, 2014, Defendants filed

1

an Opposition and Cross-Motion for Summary Judgment.  (ECF No. 20.)  On February 11, 2014, Plaintiff filed an Opposition to Defendants' Cross-Motion.  (ECF No. 23.)  Defendants' Reply is due by February 25, 2014.  The extension is necessary because Defendants' counsel has been working on several other matters and has been unable to complete their Reply for filing by today's deadline.

Accordingly, the parties stipulate to extend Defendants' reply deadline from February 25, 2014, to March 4, 2014.

Date:  February 25, 2014                              Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

AUDREY B. HEMESATH
Assistant U.S. Attorney

STUART F. DELERY
Assistant Attorney General

COLIN A. KISOR
Acting Director
Office of Immigration Litigation
District Court Section

KIMBERLY E. HELVEY
Senior Litigation Counsel

*/s/ Patricia E. Bruckner*
PATRICIA E. BRUCKNER
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4325
(202) 305-7000 (fax)
patricia.bruckner@usdoj.gov

Attorneys for Defendants

*/s/ Sarah B. Castello*
SARAH B. CASTELLO
ROBERT B. JOBE
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 956-5513
(415) 840-0308 (fax)
castello@jobelaw.com
bob@jobelaw.com

Attorneys for Plaintiff

**[PROPOSED] ORDER**

Pursuant to stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that Defendants' Reply in Support of Defendants' Cross-Motion for Summary Judgment is due by March 4, 2014.

IT IS SO ORDERED.

Dated: February 25, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge