1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9  PRITPAL SINGH MANN,                No. 2:13-cv-00703-GEB-EFB

10            Plaintiff,

11      v.                            **ORDER**

12  GERARD HEINAUER, DIRECTOR,
    USCIS NEBRASKA SERVICE
13  CENTER; ALEJANDRO MAYORKAS,
    DIRECTOR, USCIS; U.S.
14  CITIZENSHIP AND IMMIGRATION
    SERVICES; JANET NAPOLITANO,
15  SECRETARY, U.S. DEPARTMENT OF
    HOMELAND SECURITY; and ERIC
16  H. HOLDER, JR., U.S. ATTORNEY
    GENERAL,
17
              Defendants.
18
    _____
19  DAVID MUGOMOKE,                   No. 2:13-cv-00984-KJM-KJN

20            Plaintiff,

21      v.

22  MARK HAZUDA, in his Official
    Capacity, Director, Nebraska
23  Service Center, U.S.
    Citizenship and Immigration
24  Services; ALEJANDRO MAYORKAS,
    Director, Bureau of
25  Citizenship and Immigration
    Services, U.S. Dept. of
26  Homeland Security; JANET
    NAPOLITANO, U.S. Secretary of
27  Homeland Security; ERIC H.
    HOLDER JR., U.S. Attorney
28

                             1

1   General; and ROBERT S.
    MUELLER, III, Director of the
2   Federal Bureau of
    Investigation,
3
                    Defendants.
4

5

6              Defendant United States Citizenship and Immigration

7   Services filed a Notice of Related Cases on March 28, 2014, (ECF

8   No. 33), in which it states in a conclusory manner that the

9   above-captioned cases are related. Defendant, however, has not

10  shown that sufficient basis exists to relate the actions.

11  Therefore, they will not be related.

12  Dated:  March 31, 2014

13

14                                    _____

15                                    GARLAND E. BURRELL, JR.
                                      Senior United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

                                      2