BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
(916) 554-2729
STUART F. DELERY
Assistant Attorney General
COLIN A. KISOR
Acting Director
Office of Immigration Litigation
District Court Section
GLENN M. GIRDHARRY
Senior Litigation Counsel
PATRICIA E. BRUCKNER
Trial Attorney
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044-0868
(202) 532-4325
(202) 305-7000 (fax)
patricia.bruckner@usdoj.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PRITPAL SINGH MANN,** | No. 2:13-cv-00703-GEB-EFB |
| Plaintiff, | **JOINT STIPULATION RE:  HEARING DATE** |
| v. | **Hon. Garland E. Burrell, Jr.** |
| **GERARD HEINAUER, DIRECTOR, USCIS NEBRASKA SERVICE CENTER,** *et al.*, | Date:         April 21, 2014<br>Time:         9:00 a.m.<br>Courtroom:  10, Floor 13 |
| Defendants. | |

The parties stipulate to reschedule the hearing on the parties' respective motions for summary judgment from April 21, 2014, to June 2, 2014.  On December 10, 2013, Plaintiff filed a Motion for Summary Judgment.  (ECF No. 16.)  On January 21, 2014, Defendants filed an

1

Opposition and Cross-Motion for Summary Judgment.  (ECF No. 20.)  Defendants' counsel is unable to appear at the motion hearing currently scheduled for April 21, 2014, because she would be required to fly to Sacramento on the previous day, a religious holiday.

Accordingly, the parties stipulate to reschedule the hearing from April 21, 2014, to June 2, 2014.

Date:  April 14, 2014                                        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

AUDREY B. HEMESATH
Assistant U.S. Attorney

STUART F. DELERY
Assistant Attorney General

COLIN A. KISOR
Acting Director
Office of Immigration Litigation
District Court Section

GLENN M. GIRDHARRY
Senior Litigation Counsel

*/s/ Patricia E. Bruckner*
PATRICIA E. BRUCKNER
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4325
(202) 305-7000 (fax)
patricia.bruckner@usdoj.gov

Attorneys for Defendants

*/s/ Sarah B. Castello*
SARAH B. CASTELLO

ROBERT B. JOBE
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 956-5513
(415) 840-0308 (fax)
castello@jobelaw.com
bob@jobelaw.com

Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the hearing on the parties' respective motions for summary judgment is rescheduled to June 2, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated: April 15, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge