IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRITPAL SINGH MANN,** | ) |
| | ) |
|      **Plaintiff,** | ) |
|   v. | ) |
| | ) Case No. |
| **GERARD HEINAUER, DIRECTOR,** | ) 2:13-cv-00703-GEB-EFB |
| **USCIS NEBRASKA SERVICE** | ) |
| **CENTER, ET AL.,** | ) |
| | ) |
|      **Defendants.** | ) |

## ORDER

Pursuant to the parties' Stipulation to Reschedule Status (Pretrial Scheduling) Conference, and for the reason stated in the Stipulation, IT IS HEREBY ORDERED THAT the Stipulation is granted.  In the event the parties' respective Motions for Summary Judgment do not dispose of the case in its entirety, a further status (pretrial scheduling) conference is scheduled to commence at 9:00 a.m. on September 15, 2014.  The status conference scheduled for hearing on June 9, 2014, is vacated.  A Joint Status Report shall be filed fourteen (14) days before the status conference, in which the parties shall address all pertinent subjects set forth in Local Rule 240(a).

    IT IS SO ORDERED.

Dated:  May 23, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge