Robert B. Jobe (Cal. State Bar #133089)
Sarah B. Castello (Cal. State Bar #244735)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 684-7293 (phone)
(415) 684-7293 (fax)
federal@jobelaw.com

Attorneys for Plaintiff.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRITPAL SINGH MANN,<br><br>    Plaintiff,<br><br>V.<br><br>GERARD HEINAUER, *et al.*,<br><br>    Defendants. | No. 2:13-cv-00703-GEB-EFB<br><br>JOINT STIPULATION AND PROPOSED ORDER TO DISMISS REMAINING CAUSE OF ACTION AND ISSUE A FINAL ORDER<br><br>Honorable Judge Garland E. Burrell, Jr.<br><br>Date:     None<br>Time:    None<br>Courtroom: None |

    This is an immigration case in which Plaintiff challenges the USCIS's delay in adjudicating his Form I-485, Application for Adjustment of Status. On July 3, 2014, the Court issued an Order denying Plaintiff's partial motion for summary judgement and granting Defendants' partial order for summary judgment. With this Order, the Court decided only one claim brought in Plaintiff's initial complaint.

    The parties hereby stipulate to voluntarily dismiss the remaining claim with prejudice and agree that there are no outstanding claims in this matter. The parties also hereby request that the Court now issue a final judgment in order that Plaintiff may file a direct appeal with the U.S. Appeals Court for the Ninth Circuit. Each party is responsible for its own costs and attorney's

1  fees.

2

3  Dated: August 25, 2014            Respectfully submitted,

4                                    LAW OFFICE OF ROBERT B. JOBE

5                                    */s/ Robert B. Jobe*
                                     Robert B. Jobe
                                     Sarah B. Castello
6                                    Law Office of Robert B. Jobe

7                                    Attorneys for Plaintiff

8

9                                    BENJAMIN B. WAGNER
                                     United States Attorney
10
                                     AUDREY B. HEMESATH
11                                   Assistant U.S. Attorney

12                                   STUART F. DELERY
                                     Assistant Attorney General
13
                                     WILLIAM C. PEACHEY
14                                   Director, District Court Section,
                                     Office of Immigration Litigation
15
                                     WILLIAM C. SILVIS
                                     Assistant Director
16                                   Office of Immigration Litigation

17                                   */s/ Patricia E. Bruckner*
                                     PATRICIA E. BRUCKNER
18                                   Trial Attorney
                                     United States Department of Justice
19                                   Civil Division
                                     Office of Immigration Litigation
20                                   District Court Section
                                     P.O. Box 868, Ben Franklin Station
21                                   Washington, D.C. 20044
                                     (202) 532-4325
22                                   (202) 305-7000 (fax)
                                     patricia.bruckner@usdoj.gov

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the any and all remaining claims in this matter be dismissed with prejudice and that the Court's final order is hereby issued on this date in order that Plaintiff may file a direct appeal with the U.S. Appeals Court for the Ninth Circuit. Each party is responsible for its own costs and attorney's fees.

IT IS SO ORDERED.

Dated:  August 27, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge